UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert                                                Jane K. Castro
Clerk of Court                                                    Chief Deputy Clerk

September 12, 2022

Mr. Mark C. McCartt
United States District Court for the Northern District of Oklahoma
333 West 4th Street, Room 411
Tulsa, OK 74103

**RE:** **20-5113, Parmenter v. City of Nowata, Oklahoma**
Dist/Ag docket: 4:19-CV-00431-TCK-JFJ

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's August 19, 2022 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:      Frank W. Frasier III
         Matthew Benjamin Free
         Steven R. Hickman
         Thomas A. LeBlanc

CMW/mlb